# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1436

_____

United States of America

*Plaintiff - Appellee*

v.

Tyrone Davis, also known as Tyrone D. Davis

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 26, 2024
Filed: July 1, 2024
[Unpublished]

_____

Before LOKEN, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

Tyrone Davis appeals after the district court[1] denied his motion for a sentence reduction under Guidelines Amendment 821. See 18 U.S.C. § 3582(c)(2).

_____

[1]The Honorable Stephen R. Clark, Chief Judge, United States District Court for the Eastern District of Missouri.

Upon careful review, we conclude that the district court did not abuse its discretion in denying relief.  See United States v. Tollefson, 853 F.3d 481, 485 (8th Cir. 2017) (standard of review).  The court's Order Regarding Motion for  Sentence Reduction demonstrates that it was aware of and considered the relevant factors, including the sentencing factors in 18 U.S.C. § 3553(a).  See United States v. Rodd, 966 F.3d 740, 748 (8th Cir. 2020).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____